UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Jason Michael Mussehl,

      Plaintiff,

v.    **Order**
Civil File No. 06-2986 (MJD/JJG)

St. Paul Police Department,
et al,

      Defendants.
_____

Jason Michael Mussehl pro se.

No appearance for Defendant.
_____

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff Jason Michael Mussehl's letter request for additional time to respond to Magistrate Judge Jeanne Graham's Report and Recommendation dated July 20, 2006 is **GRANTED** [Doc. No. 5].

2. Plaintiff shall file any responses to the Report and Recommendation no later than October 7, 2006.


Dated: August 16, 2006        s / Michael J. Davis
                                         Judge Michael J. Davis
                                         United States District Court